IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

REI HOLDINGS, LLC,
a Utah limited liability company

    Plaintiff,

v.

EDWARD MARCUS AKA
EDWARD L. MARCUS DBA THE
MARCUS LAW FIRM

    Defendant

CIVIL ACTION NO. 3:20-CV-01178-SVN

## JOINT STATUS REPORT

**1.** **A DETAILED DESCRIPTION OF THE DISCOVERY CONDUCTED UP TO THE DATE OF THE REPORT.**

Following the Court's scheduling order dated July 27, 2021[1], both parties served interrogatories and a request for production of documents. Defendant has responded to the interrogatories and the document request. However, Defendant produced very few documents and objected to every request. Those objections will need to be resolved and/or documents obtained from other sources.

In response to Defendant's objections but not in resolution thereof, Plaintiff issued a subpoena and obtained documents from the sellers of the tax lien portfolios at issue. The production to date is in excess of 2,200 documents and is ongoing. Those documents have been shared with Defendant.

Plaintiff will serve its response to the interrogatories within ten (10) days hereof, a draft needing finalizing only. In furtherance of responding to Defendant's request for production and the review necessary by both parties, Plaintiff retained an e-discovery vendor, CS Disco.

Due to 1) the complicated nature of the allegations in the complaint, *to wit*, the purchase of approximately $4,000,000.00 in over 1400 tax liens issued by three (3) different municipalities involving multiple parties (i.e. the municipalities, initial purchasers and servicers, transfer agents etc.) and; 2) technical and communication problems with CS Disco ingesting the Plaintiff's file documents into the CS Disco platform for review has caused delay.

---

[1] Discovery was stayed pending an adjudication of Defendant's Motion to Dismiss

Through CS Disco, Plaintiff initially identified in excess of 54,000 potentially responsive documents. Recent adjustments to the search parameters of the documents have been made but the document production is still significant. In cooperation with Defendant, Plaintiff was able to reduce the potential production to 39,000 documents which must be reviewed prior to production to Defendant. The initial cost of review of the production is prohibitive unless same is accomplished at lower hourly rates by an e-vendor managed review team. To that end, Plaintiff is in the process of reviewing quotes from three vendors for same.

2.  **ANY SIGNIFICANT DISCOVERY YET TO BE COMPLETED.**

Depositions have not been conducted due to the importance of the production by Plaintiff as well as the production of additional documents from Defendant or directly from third parties. These third parties include but are not limited to the municipalities who issued the tax liens and the initial purchasers of the tax liens, American Tax Funding Inc. and it principals.

3.  **WHETHER THE PARTIES EXPECT TO SEEK ANY EXTENSIONS OF ANY REMAINING DEADLINES IN THE CASE.**

Based on the above, in the interests of efficiency and potential reduction of expense and burden to the Parties, and for good cause shown, counsel request that the present discovery deadlines be extended by at least four months, if not longer. The Parties are prepared to file a separate motion seeking the requested extension if the Court deems this necessary

> Respectfully submitted,
> The Plaintiff,
> REI Holdings, LLC
> By its Attorney,
>
> */s/ David A. Lavenburg*
> David A. Lavenburg, Esq.
> Federal Bar No. ct09694
> Bacon Wilson, P.C.
> 33 State Street
> Springfield, MA 01103 Ph:
> (413) 781-0560 Fax: (413)
> 739-7740
> dlavenburg@baconwilson.com
> December 29, 2021

THE DEFENDANT,
Edward Marcus d/b/a
The Marcus law firm
By his Attorney,

*/s/Patrick J. Day*
Patrick J. Day, Esq.
Federal Bar No. ct21858
Morrison Mahoney, LLP One
Constitution Plaza, 10th Floor
Hartford, CT 06103
Ph: (860) 616-4441
pday@morrisonmahoney.com
December 29, 2021

## CERTIFICATION OF SERVICE

I hereby certify that on December 29, 2021, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Patrick J. Day **ct21858**
Patrick J. Day