IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **REI HOLDINGS, LLC,**<br>a Utah limited liability company<br><br>**Plaintiff,**<br>v.<br><br>**EDWARD MARCUS AKA**<br>**EDWARD L. MARCUS DBA THE**<br>**MARCUS LAW FIRM**<br><br>**Defendant** | **CIVIL ACTION NO. 3:20-CV-01178-SVN** |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

NOW COMES REI Holdings, LLC, and respectfully requests pursuant to Fed. Rule Civ. Pro. 45(g) that this Court compel the Deponent, the City of Bridgeport to comply with the subpoena served on January 25, 2022.

In support thereof, Plaintiff states that:

1. A subpoena (the "Subpoena") was served to the City of Bridgeport (the "City"), in the hands of Lydia N. Martinez, City Clerk. A true and accurate copy of the Subpoena and return is attached hereto as Exhibit A.

2. A request for extension of the time to comply was made by the City through an attorney in the corporation counsel's office, Richard Kascak on or about February 14, 2022 and granted. It was agreed that Plaintiff would have the requested documents within two weeks and a deposition would be scheduled shortly thereafter.

3. Plaintiff followed up with an email on March 11th and March 16th. On March 22, 2022, Plaintiff called Attorney Kascak and left a message.

4. To date, Mr. Kascak has not responded to the emails or the telephone call.

5. As evidenced above, Plaintiff has made every reasonable attempt to resolve the deponent's failure to comply with the subpoena in advance of filing this motion.

WHEREFORE, the Plaintiff, REI Holdings, LLC, requests this Court enter an order compelling the production of documents forthwith and an order for the deponent to attend the deposition at a date to be mutually agreed to, but not later than April 30, 2022. In addition, Plaintiff request that the court asses costs and fees of $300 for the Deponent's willful refusal to comply with the subpoena after receiving an accommodation from the Plaintiff.

        Respectfully submitted,
        The Plaintiff
        REI Holdings, LLC,
        By its Attorney,

        */s/* David A. Lavenburg
        DAVID A. LAVENBURG, ESQUIRE
        BACON WILSON, P.C.
        33 State Street
        Springfield, MA 01103
        Ph:  (413) 781-0560
        Fax:  (413) 739-7740
        DLavenburg@baconwilson.com
        Federal Bar No.: Ct09694
        March 31, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of this Motion has been sent via first class mail and electronic mail to:

Richard Kascak
Bridgeport City Attorney
999 Broad Street
Bridgeport, CT 06604
Richard.kascak@bridgeportct.gov

                                                           */s/* David A. Lavenburg
                                                           David A. Lavenburg, Esq.
                                                           Federal Bar No. ct09694

# EXHIBIT A

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REI HOLDINGS, LLC. (A UTAH LIMITED LIABILITY COMPANY) ) <br> _Plaintiff_ ) <br> v. ) <br> EDWARD MARCUS a/k/a EDWARD L. MARCUS d/b/a ) <br> THE MARCUS LAW FIRM ) <br> ) <br> _Defendant_ ) | Civil Action No. 3:20- CV- 01178 (VLB) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: THE CITY OF BRIDGEPORT

*(Name of person to whom this subpoena is directed)*

☒ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: VIRTUAL DEPOSITION PROVIDED BY VERITEXT LEGAL SOLUTIONS | Date and Time: February 16, 2022 at 2:00 p.m. |
|---|---|

The deposition will be recorded by this method: VERITEXT LEGAL SOLUTIONS COURT REPORTING

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

PLEASE SEE THE LIST OF REQUESTED DOCUMENTS AND CORRESPONDING SCHEDULE A ATTACHED HERETO.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/24/2022

_CLERK OF COURT_

OR

_Signature of Clerk or Deputy Clerk_        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* REI Holdings, LLC. (A Utah Limited Liability Company) , who issues or requests this subpoena, are:

David A. Lavenburg, Bacon Wilson, P.C. 33 State Street, Springfield, MA 01103

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## TOPICS OF EXAMINATION

*The deposition of the City of Bridgeport will be conducted pursuant to Federal Rule 30(b)(6) which states:*

***Notice or Subpoena Directed to an Organization.*** In its notice or subpoena, a party may name as the deponent a public or private corporation, a partnership, an association, a governmental agency, or other entity and must describe with reasonable particularity the matters for examination. The named organization must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf; and it may set out the matters on which each person designated will testify. Before or promptly after the notice or subpoena is served, the serving party and the organization must confer in good faith about the matters for examination. A subpoena must advise a nonparty organization of its duty to confer with the serving party and to designate each person who will testify. The persons designated must testify about information known or reasonably available to the organization.

In view of the above please designate the person or person who have the most knowledge concerning the following topics:

1. The transfer of liens formerly owned by the City of Bridgeport to American Tax Funding LLC and subsequently transferred to any other entity and later at any time to REI Holdings, LLC under purchase agreements with Optimum and REI Holdings, LLC in or around February 2015, and LienClear0001 LLC and REI Holdings, LLC in or around July 2015. A list of the liens is attached hereto as Schedule A

2. The role of the Edward Marcus Law Firm and/or Edward Marcus in connection with the transfers of the liens in Schedule A to any transferee including but not limited to American Tax Funding LLC and REI Holdings, LLC.

3. Communications with the Edward Marcus Law Firm and/or Edward Marcus at any time relating to the transfer of the liens owned by the City of Bridgeport to American Tax Funding LLC and subsequently transferred to REI Holdings, LLC as referenced above.

## DOCUMENTS REQUESTED

1. Any and all documents including but not limited to communications with the Edward Marcus Law Firm and/or Edward Marcus and/or Dan Friedman which relate to and/or evidence the transfer of all liens at any time listed in the Schedule A. The production should also include the transfer certificates for the liens from the City of Bridgeport to any entity and all subsequent transfer certificates of said liens thereafter.

## BRIDGEPORT

| TaxAuthId | LN | Prop Address | Property Owner | Parcel Number | GL Year | CertNum | Cert Date |
|---|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 1 | 35-37 JETLAND PL | BURDO GUGLIELMO | 0109--10------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 27 BURR CT | CARPENTERS LOCAL 210 | 0202--19------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 50-54 HANSEN AVE | EWART NORDIA & MARLON | 0212--11------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 60 FERRIS ST | JOHNSON ROSIE L | 0240--09------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 24 CIRCULAR AVE B7 | ORRICO MARION AND JAMES T | 0245--07A-008G- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 2 | 24 CIRCULAR AVE B7 | ORRICO MARION AND JAMES T | 0245--07A-008G- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 3 | 24 CIRCULAR AVE B7 | ORRICO MARION AND JAMES T | 0245--07A-008G- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 99 JOHNSON ST | ROMANO THOMAS | 0403--40------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 99 JOHNSON ST | ROMANO THOMAS | 0403--40------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 99 JOHNSON ST | ROMANO THOMAS | 0403--40------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 502 ATLANTIC ST | WRIGHT FRANK B & PAMELA | 0407--09------ | 2007 | 2007-01-0036579 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 379 GREGORY ST | LONG CHRISTOPHER A | 0407--18------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 173 ATLANTIC ST | GUAGLARDI BARRY S & DANIEL A | 0531--22------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 282 MYRTLE AVE | QUINTO VINCENT | 0532--01------ | 2009 | 2009-01-0024318 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 282 MYRTLE AVE | QUINTO VINCENT | 0532--01------ | 2008 | 2008-01-0024318 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 282 MYRTLE AVE | QUINTO VINCENT | 0532--01------ | 2007 | 2007-01-0042277 | 07/01/08 |
| TA-CTBRIDGEPMUN | 4 | 282 MYRTLE AVE | QUINTO VINCENT | 0532--01------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 78-80 BEARDSLEY ST | RANDOLPH WENDELL L | 0602--11------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 612 SEAVIEW AVE 612 | CALDERON CESAR | 0606--04-612-- | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 276 SEAVIEW AVE | ROWE GLENDA | 0609--16A----- | 2007 | 2007-01-0044628 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 276 SEAVIEW AVE | ROWE GLENDA | 0609--16A----- | 2008 | 2008-01-0026125 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 276 SEAVIEW AVE | ROWE GLENDA | 0609--16A----- | 2009 | 2009-01-0026125 | 07/01/10 |
| TA-CTBRIDGEPMUN | 4 | 276 SEAVIEW AVE | ROWE GLENDA | 0609--16A----- | 2010 | 2010-01-0026125 | 07/01/11 |
| TA-CTBRIDGEPMUN | 1 | 229 JEFFERSON ST | TRINITY HOMES LLC | 0613--03------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 282-284 NEWFIELD AVE | TRINITY HOMES LLC | 0614--02------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 225 SMITH ST | HARPER GERALDINE | 0617--11------ | 2007 | 2007-01-0046752 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2009 | 2009-01-0029746 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2008 | 2008-01-0029746 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2007 | 2007-01-0046761 | 07/01/08 |
| TA-CTBRIDGEPMUN | 5 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2010 | 2010-01-0029746 | 07/01/11 |
| TA-CTBRIDGEPMUN | 6 | 229 SMITH ST | TISDALE CHARLES H | 0617--12------ | 2011 | 2011-01-0029746 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 3 NEWFIELD PL | JOHNSON HENRY | 0617--36------ | 2005 | | 07/01/06 |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 2 | 3 NEWFIELD PL | JOHNSON HENRY | 0617--36------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 6 BEARDSLEY LN | HOUSE OF GOD COMMUNITY CHL | 0620--02C---- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 6 BEARDSLEY LN | HOUSE OF GOD COMMUNITY CHL | 0620--02C---- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 169 BEARDSLEY ST | HOUSE OF GOD COMMUNITY CHL | 0620--09A---- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 112-114 CLIFFORD ST | MALDONADO JOHN | 0620--30------ | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 142 UNION AVE | LAGASSE KENT | 0628--08------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 142 UNION AVE | LAGASSE KENT | 0628--08------ | 2007 | 2007-01-0048607 | 07/01/08 |
| TA-CTBRIDGEPMUN | 3 | 142 UNION AVE | LAGASSE KENT | 0628--08------ | 2008 | 2008-01-0016338 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 1448 STRATFORD AVE | MEEHAN KEITH | 0635--25------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 1448 STRATFORD AVE | MEEHAN KEITH | 0635--25------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 1448 STRATFORD AVE | MEEHAN KEITH | 0635--25------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 268 HOLLISTER AVE | SCOTT DORIS | 0636--07------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 122 COWLES ST | DELANEY JOHN L & PEGGY n/o Hai | 0641--06------ | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 2 | 122 COWLES ST | DELANEY JOHN L & PEGGY n/o Hai | 0641--06------ | 2007 | 2007-01-0051420 | 07/01/08 |
| TA-CTBRIDGEPMUN | 3 | 122 COWLES ST | DELANEY JOHN L & PEGGY n/o Hai | 0641--06------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 4 | 122 COWLES ST | DELANEY JOHN L & PEGGY n/o Hai | 0641--06------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 5 | 122 COWLES ST | DELANEY JOHN L & PEGGY n/o Hai | 0641--06------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 139 READ ST | CHARLES & QUEEN VINSON | 0646--11------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 90 5TH ST | BILLUPS LONNIE & RENEE | 0705--02------ | 2009 | 2009-01-0003316 | 07/01/10 |
| TA-CTBRIDGEPMUN | 3 | 90 5TH ST | BILLUPS LONNIE & RENEE | 0705--02------ | 2010 | 2010-01-0003316 | 07/01/11 |
| TA-CTBRIDGEPMUN | 1 | 912 CENTRAL AVE | PHAM HOA | 0708--04------ | 2008 | 2008-01-0023342 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 479 - 481 WILMOT AVE | RANGER MAUREEN ET AL | 0710--21------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 460 HOLLISTER AVE | WELHOUS LULA M (EST) | 0712--05------ | 2007 | 2007-01-0056723 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 1225 CONNECTICUT AVE LLC | 1225 CONNECTICUT AVE LLC | 0720--03------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 2 | 148 BISHOP AVE | WILEY LINDA W | 0720--03------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 148 BISHOP AVE | WILEY LINDA W | 0749--10------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 397-403 BUNNELL ST | HARRIS JARVIS C & VERNA G | 0749--12------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 447-449 BUNNELL ST | PAWLICKI RAYMOND & NATALIE | 0749--13------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 455-457 BUNNELL ST | STARON HELEN C 77.8% & ANNA | 0815--08------ | 2009 | 2009-01-0028596 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 159 CLARENCE ST | STARON HELEN C 77.8% & ANNA | 0815--08------ | 2010 | 2010-01-0028596 | 07/01/11 |
| TA-CTBRIDGEPMUN | 3 | 159 CLARENCE ST | STARON HELEN C 77.8% & ANNA | 0815--08------ | 2011 | 2011-01-0028596 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 58 SHERMAN ST | GONZALEZ LUCINA | 0844--13A-058-- | 2008 | 2008-01-0012361 | 07/01/09 |
| TA-CTBRIDGEPMUN | 2 | 58 SHERMAN ST | GONZALEZ LUCINA | 0844--13A-058-- | 2009 | 2009-01-0012361 | 07/01/10 |
| TA-CTBRIDGEPMUN | 3 | 58 SHERMAN ST | GONZALEZ LUCINA | 0844--13A-058-- | 2010 | 2010-01-0012361 | 07/01/11 |
| TA-CTBRIDGEPMUN | 2 | 68 SHERMAN ST | JACKSON CLYDE | 0844--13A-068-- | 2008 | 2008-01-0014625 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 68 SHERMAN ST | JACKSON CLYDE | 0844--13A-068-- | 2007 | 2007-01-0066893 | 07/01/08 |
| TA-CTBRIDGEPMUN | 4 | 68 SHERMAN ST | JACKSON CLYDE | 0844--13A-068-- | 2010 | 2010-01-0014625 | 07/01/11 |
| TA-CTBRIDGEPMUN | 5 | 68 SHERMAN ST | JACKSON CLYDE | 0844--13A-068-- | 2009 | 2009-01-0014625 | 07/01/10 |

| Code | # | Address | Owner | Parcel | Year | Doc # | Date |
|---|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 6 | 68 SHERMAN ST | JACKSON CLYDE | 0844--13A-068-- | 2011 | 2011-01-0014625 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 57 - 59 SHERMAN ST | HATTON JAMES JR & INEZ V | 0845--04X--- | 1999 | | 07/01/00 |
| TA-CTBRIDGEPMUN | 1 | 42 - 46 MARTIN LUTHER K | FIRST AMERICAN R/E TAX SERV | 0866--15---- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 50 MIDDLE ST | TREFZ ERNEST & CHRISTIAN | 0935--02B--- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 458-460 CENTER ST | DIONORA TARTAGLIA | 1005--03----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 32 OAKVIEW CIR 6-102 | ANGLIN RICHARD | 1007--02--042-- | 2007 | 2007-01-0074233 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 32 OAKVIEW CIR 6-102 | ANGLIN RICHARD | 1007--02--042-- | 2008 | 2008-01-0001483 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 32 OAKVIEW CIR 6-102 | ANGLIN RICHARD | 1007--02--042-- | 2009 | 2009-01-0001483 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 75 MAPLEWOOD AVE | MINOR SONIA N AKA | 1013--01C---- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 1007 GRAND ST | AMELIA NASCIMENTO | 1014--05---- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 6 | 389 - 391 LEXINGTON AVE | MONTEIRO MANUEL & | 1015--27---- | 2011 | 2011-01-0020290 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 197 CENTER ST | TOMASZEWSKI DOROTA L | 1040--14---- | 2009 | 2009-01-0029796 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 197 CENTER ST | TOMASZEWSKI DOROTA L | 1040--14---- | 2010 | 2010-01-0029796 | 07/01/11 |
| TA-CTBRIDGEPMUN | 5 | 197 CENTER ST | TOMASZEWSKI DOROTA L | 1040--14---- | 2011 | 2011-01-0029796 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 192 - 194 CATHERINE ST | GOSSELIN MICHAEL | 1045--22---- | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 27 CENTER ST | TSHIPAMBA MUTOMBO S | 1047--22---- | 2008 | 2008-01-0003584 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 112 MILNE ST | GONZALES ANA J | 1051--10---- | 2007 | 2007-01-0083461 | 07/01/08 |
| TA-CTBRIDGEPMUN | 4 | 302 - 306 HARRAL AVE | SANTOS HERNAN N | 1052--01---- | 2010 | 2010-01-0010764 | 07/01/11 |
| TA-CTBRIDGEPMUN | 5 | 302 - 306 HARRAL AVE | SANTOS HERNAN N | 1052--01---- | 2011 | 2011-01-0010764 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 133 MILNE ST | GORDON ROBERT E | 1052--28---- | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 73-75 VINE ST | MEEKER JEAN E | 1056--07---- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 104 LINWOOD AVE | KOUREMETIS NOMIKOS | 1107--12---- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 205 MAPLEWOOD AVE 12 | RUSGIS STANLEY J | 1117--23A-12--- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 3 | 205 MAPLEWOOD AVE 12 | RUSGIS STANLEY J | 1117--23A-12--- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 1454-1456 IRANISTAN AVE | VERDI CARMINE J & FIAMNETTA | 1119--04---- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 1401-1405 PARK AVE | DEPINA ILDA L & ANTONIO P | 1120--11---- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 1385 IRANISTAN AVE | KING EILEEN | 1121--11---- | 2008 | 2008-01-0015866 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 1385 IRANISTAN AVE | KING EILEEN | 1121--11---- | 2009 | 2009-01-0015866 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 48 BENHAM AVE | DISANTO PASQUA & LORENZO | 1122--12A---- | 2007 | 2007-01-0090247 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 48 BENHAM AVE | DISANTO PASQUA & LORENZO | 1122--12A---- | 2008 | 2008-01-0008781 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 48 BENHAM AVE | DISANTO PASQUA & LORENZO | 1122--12A---- | 2009 | 2009-01-0008781 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 203 HAZELWOOD AVE | ALTEUS PATRICK & DAPHNEY | 1124--17---- | 2007 | 2007-01-0090697 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 105 - 107 SHERWOOD AVE | MOHAMED ELIAS | 1128--19---- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 393 LAUREL AVE | MOORE SHARON D | 1139--20A-019--- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 36 CLINTON AVE | MURPHY ELLO THOMAS D | 1151--19---- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 36 CLINTON AVE | MURPHY ELLO THOMAS D | 1151--19---- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 2333 NORTH AVE | SURIN LINA | 1200--18---- | 2009 | 2009-01-0028999 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 2333 NORTH AVE | SURIN LINA | 1200--18---- | 2008 | 2008-01-0028999 | 07/01/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 4 | 2333 NORTH AVE | SURIN LINA | 1200-18----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 5 | 2333 NORTH AVE | SURIN LINA | 1200-18----- | 2007 | 2007-01-0100633 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 1590 FAIRFIELD AVE | MULLINGS CYRENOUS | 1216-29----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 734 HANCOCK AVE | REESE BARBARA & GLADYS REID | 1225-05----- | 2008 | 2008-01-0024730 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 884 WOOD AVE | KUHN THOMAS & ELAINE C | 1310-03----- | 2007 | 2007-01-0116386 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 3 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 4 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 5 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2007 | 2007-01-0117595 | 07/01/08 |
| TA-CTBRIDGEPMUN | 6 | 1845 PARK AVE | PALMER LINDA A EXECUTRIX | 1314-30----- | 2008 | 2008-01-0022389 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 1560 LAUREL AVE | AMARANTO MICHELLE | 1329-01----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 1213 WOOD AVE | CARNE DOUGLAS A & ROBERT E | 1330-23Z----- | 2003 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 2 | 1213 WOOD AVE | CARNE DOUGLAS A & ROBERT E | 1330-23Z----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 1213 WOOD AVE | CARNE DOUGLAS A & ROBERT E | 1330-23Z----- | 2004 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 4 | 1213 WOOD AVE | CARNE DOUGLAS A & ROBERT E | 1330-23Z----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 5 | 1213 WOOD AVE | CARNE DOUGLAS A & ROBERT E | 1330-23Z----- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 953 WOOD AVE | KUROWSKI JENNIE MARY | 1353-09----- | 2007 | 2007-01-0126411 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 71 HUGHES AVE | SELLERS HEYWARD | 1353-21B----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 205 EATON ST | SPEICHER PHILIP EST | 1355-33----- | 2007 | 2007-01-0127159 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 38 - 40 MCKINLEY AVE | CITY OF BRIDGEPORT | 1430-24----- | 1999 | | 07/01/00 |
| TA-CTBRIDGEPMUN | 2 | 643 NORTH AVE | EZ REALTY LLC | 1514-04----- | 2008 | 2008-01-00009900 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 643 NORTH AVE | EZ REALTY LLC | 1514-04----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 643 NORTH AVE | EZ REALTY LLC | 1514-04----- | 2007 | 2007-01-0140066 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 50 REMER ST | EZ REALTY LLC | 1514-06----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 20 REMER ST | EZ REALTY LLC | 1514-07----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 32 REMER ST | EZ REALTY LLC | 1514-12----- | 2007 | 2007-01-0140147 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 32 REMER ST | EZ REALTY LLC | 1514-12----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 116 - 120 MERRIAM ST | QUINTO VINCENT | 1521-06----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 2 | 116 - 120 MERRIAM ST | QUINTO VINCENT | 1521-06----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 3 | 116 - 120 MERRIAM ST | QUINTO VINCENT | 1521-06----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 4 | 116 - 120 MERRIAM ST | QUINTO VINCENT | 1521-06----- | 2007 | 2007-01-0141224 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 17 CHASE ST | GAINER MABEL | 1539-05----- | 2007 | 2007-01-0142921 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 535-537 PARK ST | PESCE LAWRENCE M JR & LORRAII | 1605-05----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 150-152 SHELTON ST | OLIVA CONNIE | 1630-12----- | 2009 | 2009-01-0021816 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 150-152 SHELTON ST | OLIVA CONNIE | 1630-12----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 3 | 150-152 SHELTON ST | OLIVA CONNIE | 1630-12----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 150-152 SHELTON ST | OLIVA CONNIE | 1630-12----- | 2007 | 2007-01-0147184 | 07/01/08 |
| TA-CTBRIDGEPMUN | 5 | 150-152 SHELTON ST | OLIVA CONNIE | 1630-12----- | 2007 | | 07/01/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 6 | 150-152 SHELTON ST | OLIVA CONNIE | 1630--12----- | 2008 | 2008-01-0021816 | 07/01/09 |
| TA-CTBRIDGEPMUN | 7 | 150-152 SHELTON ST | OLIVA CONNIE | 1630--12----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 619 NOBLE AVE | HERNANDEZ JOSE I & BENEDICTA | 1636--22----- | 2007 | 2007-01-0148032 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 338 WILLIAM ST | SALAS JUAN E & MARIA | 1641--03----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 338 WILLIAM ST | SALAS JUAN E & MARIA | 1641--03----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 338 WILLIAM ST | SALAS JUAN E & MARIA | 1641--03----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 61 PARK ST | COMMUNITY COOPERATIVE | 1646--12----- | 2008 | 2008-01-0006697 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 200 HARRIET ST | MOISE GENE I | 1655--03----- | 2010 | 2010-01-00201130 | 07/01/11 |
| TA-CTBRIDGEPMUN | 3 | 200 HARRIET ST | MOISE GENE I | 1655--03----- | 2011 | 2011-01-00201130 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 87 WILLIAM ST | BROWN FREDERICK | 1659--12----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 87 WILLIAM ST | BROWN FREDERICK | 1659--12----- | 2007 | 2007-01-0150355 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 984-C WILLIAM ST | SHEIKH FURGAN | 1665--05--003-- | 2008 | 2008-01-0027495 | 07/01/09 |
| TA-CTBRIDGEPMUN | 2 | 984-C WILLIAM ST | SHEIKH FURGAN | 1665--05--003-- | 2009 | 2009-01-0027495 | 07/01/10 |
| TA-CTBRIDGEPMUN | 3 | 984-C WILLIAM ST | SHEIKH FURGAN | 1665--05--003-- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 984-C WILLIAM ST | SHEIKH FURGAN | 1665--05--003-- | 2007 | 2007-01-0151173 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 984-D WILLIAM ST | SHEIKH FURGAN | 1665--05--004-- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 984-D WILLIAM ST | SHEIKH FURGAN | 1665--05--004-- | 2007 | 2007-01-01511811 | 07/01/08 |
| TA-CTBRIDGEPMUN | 3 | 984-D WILLIAM ST | SHEIKH FURGAN | 1665--05--004-- | 2008 | 2008-01-0027496 | 07/01/09 |
| TA-CTBRIDGEPMUN | 4 | 984-D WILLIAM ST | SHEIKH FURGAN | 1665--05--004-- | 2009 | 2009-01-0027496 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 918-C WILLIAM ST | SHEIKH FUROAN | 1665--05--015-- | 2009 | 2009-01-0027497 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 918-C WILLIAM ST | SHEIKH FUROAN | 1665--05--015-- | 2007 | 2007-01-0151297 | 07/01/08 |
| TA-CTBRIDGEPMUN | 3 | 918-C WILLIAM ST | SHEIKH FUROAN | 1665--05--015-- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 918-C WILLIAM ST | SHEIKH FUROAN | 1665--05--015-- | 2008 | 2008-01-0027497 | 07/01/09 |
| TA-CTBRIDGEPMUN | 4 | 917 A WILLIAM ST | GBEAZOON ARTHUR | 1666--12--065-- | 2009 | 2009-01-0011630 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 565 STILLMAN ST | INVERNAT LLC | 1722--08A----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 405 HELEN ST | SCHOLZ STEPHEN | 1729--12----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 744 STILLMAN ST | SCHOLZ STEPHEN | 1729--13----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 375 OGDEN ST | ST CHARLES ROMAN CATHOLIC | 1734--02----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 376 BROOKS ST | BROWN ZAIDA ET AL | 1737--02----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 727 SHELTON ST | LIVRIERI JAMES | 1738--14----- | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 698 - 700 HALLETT ST | ROSE WILLIAM & BRUNIE AGOSTII | 1739--12----- | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 271 HELEN ST | PHILIBERT CLARENCE & MARY | 1742--11----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 623 HALLETT ST | COMMUNITY COOPERATIVE | 1743--13----- | 2008 | 2008-01-0006699 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 314 JANE ST | CHURCH OF GOD INC A/K/A | 1749--18----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 531 HALLETT ST | COMMUNITY COOPERATIVE | 1754--11----- | 2008 | 2008-01-0006701 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 970 PEMBROKE ST | PIERRE PATRICK | 1764--05----- | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 693 BARNUM AVE | HOUSEHOLD OF FAITH FREEWILL | 1765--09----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 2024 SEAVIEW AVE | BIROSCHAK ANNA J & PAUL & | 1806--03----- | 2007 | 2007-01-0163295 | 07/01/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 2 | 2024 SEAVIEW AVE | BIROSCHAK ANNA J & PAUL & | 1806--03------ | 2008 | 2008-01-0003339 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 2024 SEAVIEW AVE | BIROSCHAK ANNA J & PAUL & | 1806--03------ | 2009 | 2009-01-0003339 | 07/01/10 |
| TA-CTBRIDGEPMUN | 4 | 2024 SEAVIEW AVE | BIROSCHAK ANNA J & PAUL & | 1806--03------ | 2010 | 2010-01-0003339 | 07/01/11 |
| TA-CTBRIDGEPMUN | 5 | 2024 SEAVIEW AVE | BIROSCHAK ANNA J & PAUL & | 1806--03------ | 2011 | 2011-01-0003339 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2007 | 2007-01-01164909 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 5 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2008 | 2008-01-0007267 | 07/01/09 |
| TA-CTBRIDGEPMUN | 6 | 1777 CENTRAL AVE | CROWTHER JESSIE | 1813--24------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 298 WILLOW ST | WADE CORA B | 1832--10A----- | 2008 | 2008-01-0031260 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 250 WILLOW ST | RESTO MARLENE | 1832--15A----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 274 DOVER ST | BOOTH RONALD | 1907--23------ | 2009 | 2009-01-0003665 | 07/01/10 |
| TA-CTBRIDGEPMUN | 2 | 274 DOVER ST | BOOTH RONALD | 1907--23------ | 2010 | 2010-01-0003665 | 07/01/11 |
| TA-CTBRIDGEPMUN | 3 | 274 DOVER ST | BOOTH RONALD | 1907--23------ | 2008 | 2008-01-0003665 | 07/01/09 |
| TA-CTBRIDGEPMUN | 4 | 274 DOVER ST | BOOTH RONALD | 1907--23------ | 2011 | 2011-01-0003665 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2010 | 2010-01-0012727 | 07/01/11 |
| TA-CTBRIDGEPMUN | 3 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2007 | 2007-01-0175153 | 07/01/08 |
| TA-CTBRIDGEPMUN | 4 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2008 | 2008-01-0012727 | 07/01/09 |
| TA-CTBRIDGEPMUN | 5 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2009 | 2009-01-0012727 | 07/01/10 |
| TA-CTBRIDGEPMUN | 6 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 7 | 291 REMINGTON ST | GREENE DIANNE | 1907--53A----- | 2011 | 2011-01-0012727 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 250 NORTH BISHOP AVE 30 | ARTLEY HOLLIS & ANNETTE | 1931--23A-030-- | 2007 | 2007-01-0182508 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 250 NORTH BISHOP AVE 30 | ARTLEY HOLLIS & ANNETTE | 1931--23A-030-- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 539 PEARL HARBOR ST | DESTEFANO JACQUELINE &KATHLI | 1940--27------ | 2007 | 2007-01-0184063 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 539 PEARL HARBOR ST | DESTEFANO JACQUELINE &KATHLI | 1940--27------ | 2008 | 2008-01-0008457 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 539 PEARL HARBOR ST | DESTEFANO JACQUELINE &KATHLI | 1940--27------ | 2009 | 2009-01-0008457 | 07/01/10 |
| TA-CTBRIDGEPMUN | 1 | 48-50 BEARDSLEY PARK TER | BAILEY LLOYD | 2007--34------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 86 GODDARD AVE | PELLEGRINO ANTONIO SR & | 2021--09------ | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 2 | 86 GODDARD AVE | PELLEGRINO ANTONIO SR & | 2021--09------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 86 GODDARD AVE | PELLEGRINO ANTONIO SR & | 2021--09------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 1944 EAST MAIN ST | LORENT DAVID | 2026--02------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 3 | 1944 EAST MAIN ST | LORENT DAVID | 2026--02------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 41 D NOB HILL CIR 76 | LENZEN GEORGE | 2036--50A-076-- | 2007 | 2007-01-0196134 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 226-B VIRGINIA AVE | CHANA BALBIR S | 2036--50A-321-- | 2007 | 2007-01-0198528 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 226-B VIRGINIA AVE | CHANA BALBIR S | 2036--50A-321-- | 2008 | 2008-01-0005811 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 226-A VIRGINIA AVE | CHANA HARPREET K & BALBIR S | 2036--50A-323-- | 2007 | 2007-01-01985544 | 07/01/08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 2 | 226-A VIRGINIA AVE | CHANA HARPREET K & BALBIR S | 2036--50A-323-- | 2008 | 2008-01-0005812 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 95  PENNSYLVANIA AVE | PISTEY HELEN | 2037--13------ | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 2 | 95  PENNSYLVANIA AVE | PISTEY HELEN | 2037--13------ | 2002 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 258 HORACE ST REAR | GRASTY RONALD L & GLORIA E | 2040--16B----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 221 FAIRVIEW AVE | PASZKO PIOTRE & JOSEFA | 2122--25------ | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 221 FAIRVIEW AVE | PASZKO PIOTRE & JOSEFA | 2122--25------ | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 980  LINDLEY ST G9 | PILKOWICZ RONALD | 2125--06K-41-- | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 782 LINDLEY ST | FAILLA CARLOS & PATRICIA | 2129--05------ | 2008 | 2008-01-0009942 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 6 HUDSON ST | NKWO WANDA D | 2140--04K-001-- | 2008 | 2008-01-0001329 | 07/01/09 |
| TA-CTBRIDGEPMUN | 4 | 6 HUDSON ST | NKWO WANDA D | 2140--04K-001-- | 2009 | 2009-01-0001329 | 07/01/10 |
| TA-CTBRIDGEPMUN | 5 | 6 HUDSON ST | NKWO WANDA D | 2140--04K-001-- | 2010 | 2010-01-0001329 | 07/01/11 |
| TA-CTBRIDGEPMUN | 1 | 87 WAYNE ST | WHITE MAVIS BONNER | 2218--24------ | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 1494 MADISON AVE REAR | RODRIGUEZ JUANANTONIO | 2220--03A----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 157 MANHATTAN AVE | PEREZ FREDDY AND BRENDA | 2238--39------ | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 21 MYRON AVE | STROOMER RICHARD | 2241--36A----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 100 GREENFIELD DR | FARRELL PETER & GEORGINA | 2249--05A----- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 17 BOWKER PL | GONZALEZ FELIX A | 2252--12------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 37 BOWKER PL | GONZALEZ FELIX A | 2252--14------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 2600 PARK AVE G12 | C/O GARDEN HOMES MANAGEMI | 2294--18A-G12-- | 1999 | | 07/01/00 |
| TA-CTBRIDGEPMUN | 2 | 2600 PARK AVE G27 | CHARMOY BARBARA S | 2294--18A-G27-- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 3715 MAIN ST | GIANETTI CHARLES D | 2305--11K-06--- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 3715 MAIN ST | GIANETTI CHARLES D | 2305--11K-06--- | 2007 | 2007-01-1979986 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 536 THORME ST | DAVIS DENSEL & PRISCILLA | 2328--13------ | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 650 CLARKE ST | CLARK SHARON | 2332--08------ | 2007 | 2007-01-02243566 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 650 CLARKE ST | CLARK SHARON | 2332--08------ | 2008 | 2008-01-0006251 | 07/01/09 |
| TA-CTBRIDGEPMUN | 3 | 2129  MADISON AVE | WATSON JOAN E | 2338--18------ | 1999 | | 07/01/00 |
| TA-CTBRIDGEPMUN | 1 | 115 ROOSTER RIVER BLV | GOMBOS GEORGE & CHRISTINE | 2346--05------ | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 377 QUEEN ST | MARIN ELIZABETH | 2359--15------ | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 0 GLENDALE PK SP AVE 28 | GLENPORT MAIN CORP | 2370--01A-028-- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 2 | 0 GLENDALE PK SP AVE 28 | GLENPORT MAIN CORP | 2370--01A-028-- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 0 GLENDALE PK SP AVE 29 | GLENPORT MAIN CORP | 2370--01A-029-- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 2 | 0 GLENDALE PK SP AVE 29 | GLENPORT MAIN CORP | 2370--01A-029-- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 0 GLENDALE PK SP AVE 30 | GLENPORT MAIN CORP | 2370--01A-030-- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 172 QUARRY ST | EZRA KNOLLS LLC | 2410--30C----- | 2001 | | 07/01/02 |
| TA-CTBRIDGEPMUN | 1 | 610 EZRA ST | JOHNSON LAMAR H & EDNA M | 2410--37------ | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 30 STEVENS ST GAR082222 | FARRAR FRANKLIN T JR | 2410--43K-046-- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 30 STEVENS ST GAR09 | FERRERIA JULIANNA | 2410--43K-047-- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 30 STEVENS ST GAR112222222 | HOLLIS DAVID R | 2410--43K-049-- | 2003 | | 07/01/04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 1 | S30 STEVENS ST GAR2922222; | WRIGHT ANTHONY K & YVON | 2410--43K-067-- | 1999 | 07/01/00 |
| TA-CTBRIDGEPMUN | 1 | 659 EZRA ST | PIZONE ANDREA | 2410--50------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 269 VALLEY AVE | FARLEY LUCIA F | 2423--24------ | 2005 | 07/01/06 |
| TA-CTBRIDGEPMUN | 2 | 269 VALLEY AVE | FARLEY LUCIA F | 2423--24------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 919 PLATT ST | CURTIS BENNET | 2424--86------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 69 EXETER ST | JOHNSON VINCENT W & ANNETTE | 2432--46B------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 845 HART ST | PALMER ALIHA | 2448--19------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 475 WOODROW AVE | LAZARO DAVID E & TANYA | 2455--01C------ | 2008 | 07/01/09 | 2008-01-0016703 |
| TA-CTBRIDGEPMUN | 1 | 3388 MADISON AVE | 3388 MADISON AVENUE LLC | 2509D-74------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 2955 MADISON AVE 16 | MORTON JAMAL & DANIELLE | 2510--03C-016-- | 2002 | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 2955 MADISON AVE | MONAHAN WILLIAM E & QUINN P | 2510--03C-041-- | 2007 | 07/01/08 |
| TA-CTBRIDGEPMUN | 1 | 20-G JANET CIR | FITZGERALD KAREN A | 2510--04N-020G- | 2007 | 07/01/08 | 2007-01-0274585 |
| TA-CTBRIDGEPMUN | 1 | 215-E EDGEMOOR RD | PALL LASZLO | 2511--03B-028-- | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 2996 MADISON AVE G12 | CHASE MANHATTAN BANK OF | 2511--06A-090-- | 2000 | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 2996 MADISON AVE GAR 11 | GREEN BEULAH | 2511--06A-091-- | 2002 | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 72 CHERRY HILL DR G11 | QUINONEZ VALERIO | 2511--09D-136-- | 2003 | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 85 KENNEDY DR | DENMAN NANCY | 2511--13B-035-- | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 157 RANCH DR | ON PHU V & LIHN T | 2513A-25------ | 2002 | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2005 | 07/01/06 |
| TA-CTBRIDGEPMUN | 2 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 3 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2007 | 07/01/08 | 2007-01-0284939 |
| TA-CTBRIDGEPMUN | 5 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2009 | 07/01/10 | 2009-01-0013939 |
| TA-CTBRIDGEPMUN | 6 | 42 LOFTUS CIR | HOFFMAN CAROL L | 2515--37------ | 2008 | 07/01/09 | 2008-01-0013939 |
| TA-CTBRIDGEPMUN | 1 | 62 PALMER ST | WATKIN R/E INVESTMENTS LLC | 2621--01A------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 135 WILLIAMSBURG DR | WIGGINS WILLIAM F & | 2647A-09------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 145 GRIFFIN AVE | MALLARD STEVE | 2661--65------ | 2005 | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 43 GRIFFIN AVE | COLCHADO LILY A & JOSE L | 2661--71A------ | 2005 | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 858 RESERVOIR AVE | HESS JOSEPH C | 2707--03------ | 2002 | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 145 EDWARDS ST | EDWARD N & ANNIE M HOLMES | 2725--12------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 15 EDWARDS ST | STANTON TRACEY L | 2727--10------ | 1999 | 07/01/00 |
| TA-CTBRIDGEPMUN | 1 | 310 ALBA AVE | CLARK DELORES | 2765--02A------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 2 | 310 ALBA AVE | CLARK DELORES | 2765--02A------ | 2004 | 07/01/05 |
| TA-CTBRIDGEPMUN | 3 | 310 ALBA AVE | CLARK DELORES | 2765--02A------ | 2005 | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 1091 SYLVAN AVE | HENAO NATALIA ET AL | 2770A-08------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 875 POND ST | LOOKING AHEAD CONSTRUCTION | 2776--07------ | 2002 | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 79 BRUSH ST | ALVES FERNANDO | 2777--08------ | 2006 | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 10 MEMORY LN | NIGA NICOLAE | 2778B-11------ | 2007 | 07/01/08 | 2007-01-0317101 |

| Code | # | Address | Owner | Parcel | Year | Doc # | Date |
|---|---|---|---|---|---|---|---|
| TA-CTBRIDGEPMUN | 1 | 1077 OLD TOWN RD | DODNER-BENBOW EILEEN ETAL | 2778D-18B----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 156 RAINBOW RD | SILVA JOSE L | 2778K-63----- | 2004 | | 07/01/05 |
| TA-CTBRIDGEPMUN | 1 | 438 SOUNDVIEW AVE | REYES FRANCISCO & ROSEMARY | 2782--02----- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 2 | 438 SOUNDVIEW AVE | REYES FRANCISCO & ROSEMARY | 2782--02----- | 2005 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 3 | 438 SOUNDVIEW AVE | REYES FRANCISCO & ROSEMARY | 2782--02----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 4 | 438 SOUNDVIEW AVE | REYES FRANCISCO & ROSEMARY | 2782--02----- | 2004 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 5 | 438 SOUNDVIEW AVE | REYES FRANCISCO & ROSEMARY | 2782--02----- | 2003 | | 07/01/06 |
| TA-CTBRIDGEPMUN | 1 | 12 MARIGOLD AVE | QUATRELLA DAVID L TRUSTEE | 2784--03----- | 1999 | | 07/01/00 |
| TA-CTBRIDGEPMUN | 1 | 629 OLD TOWN RD | JORDAO DAIANA | 2794C-06A----- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 35 GRANDVIEW AVE | THOMAS LISA | 2795--12----- | 2000 | | 07/01/01 |
| TA-CTBRIDGEPMUN | 1 | 1033 OLD TOWN RD | GOINGS EMMA S ET AL | 2797B-21----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 54 EVERS ST | WALLER REGINALD & VICKI | 2800A-11----- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 1 | 945 EVERS ST | PRIMROSE DEVELOPMENT LLC | 2822--23----- | 2002 | | 07/01/03 |
| TA-CTBRIDGEPMUN | 1 | 23 EMERALD ST | NIEVES MIGUEL & ROSARIO | 2826--15----- | 2008 | 2008-01-0021422 | 07/01/09 |
| TA-CTBRIDGEPMUN | 1 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2007 | 2007-01-0334880 | 07/01/08 |
| TA-CTBRIDGEPMUN | 2 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2006 | | 07/01/07 |
| TA-CTBRIDGEPMUN | 3 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2010 | 2010-01-0024327 | 07/01/11 |
| TA-CTBRIDGEPMUN | 4 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2008 | 2008-01-0024327 | 07/01/09 |
| TA-CTBRIDGEPMUN | 5 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2009 | 2009-01-0024327 | 07/01/10 |
| TA-CTBRIDGEPMUN | 6 | 120 HUNTINGTON TPK 0210 | QUINTO VINCENT | 2860--01A-210-- | 2011 | 2011-01-0024327 | 07/01/12 |
| TA-CTBRIDGEPMUN | 1 | 128 - 130 DUPONT PL | CASTRO MARIA Z | 2860--54----- | 2003 | | 07/01/04 |
| TA-CTBRIDGEPMUN | 1 | 321 - 323 PRISCILLA ST | DAVIS BINNIE JR | 2862--32----- | 2004 | | 07/01/05 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REI HOLDINGS, LLC,<br><br>a Utah limited liability company<br><br><br>Plaintiff,<br><br>v.<br><br><br>EDWARD MARCUS AKA EDWARD L. MARCUS DBA THE MARCUS LAW FIRM<br><br><br>Defendant | CIVIL ACTION NO. 3:20-CV-01778-SVN |

## CERTIFICATE OF SERVICE

I, David A. Lavenburg, do hereby certify that on this _20_ day of January, 2022, I served a copy of the foregoing on the opposing side by mailing a copy there of via first class mail and electronic mail to all interested parties:

Patrick J. Day
Morrison Mahoney LLP - Hartford
One Constitution Plaza 10th Floor
Hartford, CT 06103
860-616-7618
Fax: 860-541-4865
Email: pday@morrisonmahoney.com

_____
David A. Lavenburg
Federal Bar No. ct09694