**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **REI HOLDINGS, LLC,** <br> **a Utah limited liability company** <br><br> **Plaintiff,** <br> **v.** <br><br> **EDWARD MARCUS AKA** <br> **EDWARD L. MARCUS DBA THE** <br> **MARCUS LAW FIRM** <br><br> **Defendant** | **CIVIL ACTION NO. 3:20-CV-01178-SVN** <br><br><br> **SUGGESTION OF DEATH** |

Now comes the Plaintiff, REI Holdings, LLC, and states that the Defendant Edward

Marcus passed away on May 5, 2022.

The Plaintiff,
REI Holdings, LLC
By its Attorney,

 /s/*David A. Lavenburg*
David A. Lavenburg, Esq.
Federal Bar No. CT09694
Bacon Wilson, P.C.
33 State Street
Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740
dlavenburg@baconwilson.com

Dated:  August 11, 2022

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/*David A. Lavenburg*
David A. Lavenburg
Federal Bar No. ct09694