IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| REI HOLDINGS, LLC,<br>a Utah limited liability company<br><br>           Plaintiff,<br>v.<br><br>EDWARD MARCUS AKA EDWARD L. MARCUS DBA THE MARCUS LAW FIRM<br><br>           Defendant | CIVIL ACTION NO. 3:20-CV-01178-SVN |

STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS

The parties to the above-entitled matter, pursuant to <u>Rule 41(a)(1) of the Federal Rules of Civil Procedure</u>, hereby stipulate that said action be dismissed, with prejudice and without costs.

| | |
|---|---|
| The Plaintiff, REI Holdings, LLC<br>By its Attorney, | The Defendant, Edward Marcus a/k/a Edward L. Marcus d/b/a The Marcus Law Firm |
| */s/ David A. Lavenburg*<br>David A. Lavenburg, Esq.<br>Federal Bar No. 09694<br>Bacon Wilson, P.C.<br>33 State Street<br>Springfield, MA 01103<br>Ph: (413) 781-0560<br>Fax: (413) 739-7740<br>dlavenburg@baconwilson.com<br>January 6, 2023 | */s/ Patrick J. Day*<br>Patrick J. Day, Esq.<br>Morrison, Mahoney, LLP<br>1 Constitution Plaza, 10th Floor<br>Hartford, CT 06103-1810<br>pday@morrisonmahoney.com<br>January 6, 2023 |